## RECONSIDERATION OF PRIOR DECISIONS

**2010–0564.   Elyria v. Lorain Cty. Budget Comm.**
Board of Tax Appeals, Nos. 2003–M–1533, 2004–M–1166, and 2005–M–1301. Reported at 128 Ohio St.3d 485, 2011-Ohio-1482, 946 N.E.2d 742. On motion for reconsideration. Motion denied.

**2010-0611 and 2010-0858.   Welsh Dev. Co. v. Warren Cty. Regional Planning Comm.**
Warren App. No. CA2009–07–101, 186 Ohio App.3d 56, 2010-Ohio-592. Reported at 128 Ohio St.3d 471, 2011-Ohio-1604, 946 N.E.2d215. On motion for reconsideration. Motion denied.

**2011–0050.   Szuch v. King.**
Erie App. No. E–09–069, 2010-Ohio-5896. Reported at 128 Ohio St.3d 1446, 2011-Ohio-1618, 944 N.E.2d 695. On motion for reconsideration. Motion denied.
PFEIFER, LUNDBERG STRATTON, and LANZINGER, JJ., dissent.

**2011–0108.   Cincinnati v. Su.**
Hamilton App. No. C–100609. Reported at 128 Ohio St.3d 1459, 2011-Ohio-1829, 945 N.E.2d 522. On motion for reconsideration. Motion denied.
LUNDBERG STRATTON, J., dissents.

## CASE ANNOUNCEMENTS
### *June 8, 2011*

[Cite as *06/08/2011 Case Announcements #2*, 2011-Ohio-2763.]

## MOTION AND PROCEDURAL RULINGS

**2011–0856.   State v. Davis.**
Ross App. No. 10CA3188, 2011-Ohio-1747. This cause is pending before the court as an appeal from the Court of Appeals for Ross County.
Upon consideration of appellant's motion for immediate stay of the court of appeals' decision and execution of the sentence, it is ordered by the court that the motion is denied.
CUPP, J., dissents.

## CASE ANNOUNCEMENTS
### *June 9, 2011*

[Cite as *06/09/2011 Case Announcements*, 2011-Ohio-2774.]